UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL DURKIN,

      Plaintiff,

v.                                                          Case No.:  2:26-cv-231-SPC-NPM

REGENERON
PHARMACEUTICALS, INC., and
SANOFI-AVENTIS US, LLC,

      Defendants.

_____

## ORDER

Before the Court is the Joint Motion of Defendants Regeneron Pharmaceuticals, Inc., Sanofi-Aventis U.S. LLC, and Plaintiff Michael Durkin (collectively "the Parties") to Stay Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation ("JPML") on the Motion for Transfer of Related Actions Pursuant to 28 U.S.C. § 1407 for Coordinated Pretrial Proceedings filed by Plaintiffs Wanda Nalls, John I. Mun, and Giovanni Fraioli.  (Doc. 17).  Having considered the submissions of the Parties and for good cause shown, it is hereby **ORDERED** that the Parties' Joint Motion to Stay is **GRANTED** and that all proceedings in this action, including but not limited to all discovery, motion practice, and case management deadlines, are **STAYED** pending a decision by the JPML on the Motion for Transfer.

Accordingly, it is now

**ORDERED:**

1. The Joint Motion to Stay All Proceedings Pending Decision by the Judicial Panel on Multi-District Litigation (Doc. 17) is **GRANTED**.

2. The parties shall file a status report within seven (7) days of the JPML's ruling on the Motion to Transfer, apprising the Court of the JPML's decision.

**DONE** and **ORDERED** in Fort Myers, Florida on March 30, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2